

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sylvia Morrison and Rick Morrison,

Vs. No. 11-20-00125-CV

Nancy Asamoa, M.D.; John McKenna, M.D.; Satish Mocherla, M.D.; Hayan Orfaly, M.D.; Permian Premier Health Services, Inc.; Asif Ali Khan Ansari, M.D.; Rachna Bharti, M.D.; and Texas Tech University Health Sciences Center at Odessa,

* From the 441st District Court of Midland County, Trial Court No. CV55942.

* May 12, 2022

* Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's order and we render a judgment of dismissal with prejudice as to Sylvia Morrison's and Rick Morrison's claims against Texas Tech University Health Sciences Center at Odessa. We also reverse the trial court's order insofar as it dismissed Sylvia and Rick Morrison's claims against Nancy Asamoa, M.D.; John McKenna, M.D.; Satish Mocherla, M.D.; Hayan Orfaly, M.D.; Permian Premier Health Services, Inc.; Asif Ali Khan Ansari, M.D.; and Rachna Bharti, M.D., and we remand those claims to the trial court for further proceedings consistent with this court's opinion. The costs incurred by reason of the cross-appeal by Texas Tech University Health Sciences Center at Odessa are taxed against Sylvia and Rick Morrison, and the remainder of the costs are taxed against Appellees Nancy Asamoa, M.D.; John McKenna, M.D.; Satish Mocherla, M.D.; Hayan Orfaly, M.D.; Permian Premier Health Services, Inc.; Asif Ali Khan Ansari, M.D.; and Rachna Bharti, M.D.